**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1114**

_____

ROBERT L. TOBEY, CPA,

                Plaintiff - Appellant,

        v.

KEITER, STEPHENS, HURST, GARY & SHREAVES, A Professional
Corporation; 2009 AMENDED AND RESTATED RETIREMENT OBLIGATION
PLAN OF KEITER, STEPHENS, HURST, GARY & SHREAVES, A
Professional Corporation,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, Senior
District Judge.  (3:13-cv-00315-JRS)

_____

Submitted: October 31, 2014          Decided: November 18, 2014

_____

Before GREGORY and KEENAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard F. Hawkins, III, THE HAWKINS LAW FIRM, PC, Richmond,
Virginia, for Appellant.   Andrew P. Sherrod, Jaime B.
Wisegarver, HIRSCHLER FLEISCHER, P.C., Richmond, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Tobey appeals the district court's orders granting summary judgment in favor of Appellees on his claim under the Employee Retirement Income Security Act and granting Appellees' motion to dismiss his state law breach of contract claims for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tobey v. Keiter, Stephens, Hurst, Gary & Shreaves, No. 3:13-cv-00315-JRS (E.D. Va. Aug. 13, 2013; Jan. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED